IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANIEL WALKER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 6:16-CV-1132 |
| | § | |
| v. | § | |
| | § | |
| JUDGE PATTERSON, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Daniel Walker's ("Plaintiff") Complaint filed on August 22, 2016 in the Northern District of Texas (Doc. No. 3 ("Complaint")) and transferred to this Court on August 30, 2016 (Doc. No. 6). On September 22, 2016, this Court issued an Order for Plaintiff to file an Amended Complaint within thirty (30) days from receipt of the Order. (Doc. No. 9.) The Court received an Acknowledgment of Receipt of the Order on September 30, 2016. (Doc. No. 10.) However, Plaintiff did not file and Amended Complaint within 30 days. On November 14, 2016, the Magistrate Judge issued a Report and Recommendation that the above-captioned matter be dismissed with prejudice for Plaintiff's failure to prosecute his case. (Doc. No. 11.) Plaintiff acknowledged receipt of the Report and Recommendation on November 18, 2016. (Doc. No. 12.) Given that no objections have been filed against the Report and Recommendation within the prescribed time period, the Court finds that it is appropriate to **ADOPT** the Magistrate Judge's Report and Recommendation.

For the reasons stated in the Report and Recommendation, all of Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

1

**SIGNED this 14th day of December, 2016.**

                                                      ROBERT W. SCHROEDER III
                                                    UNITED STATES DISTRICT JUDGE